# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# (HON. THOMAS J. WHELAN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 23-CR-02322-W |
| Plaintiffs, | ) ) | ORDER GRANTING JOINT MOTION |
| vs. | ) ) | |
| JESUS ESPINOZA-TEJEDA, | ) ) | |
| Defendant. | ) | |

The Court hereby FINDS AS FOLLOWS:

1. Defendant is scheduled to appear for Motion Setting on November 20th, 2023 at 9:00 a.m.
2. The parties request additional time to allow time for the plea to be entered before the Magistrate Judge.
3. The parties agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to the Speedy Trial Act.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The Motion Setting set for November 20th, 2023 is vacated and a Status Hearing is set for January 8th, 2024 at 9:00 a.m.

1

2. The time period of November 20th, 2023 to January 8th, 2024, inclusive, is excluded in computing the time within which trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(B)(iv).

3. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED:

Dated: 11/15/23

HON. THOMAS J. WHELAN
UNITED STATES DISTRICT COURT